JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARLON ORELLANA BOLANOS,

Petitioner,

v.

JOHNSON et al.,

Respondents.

Case No. 5:26-cv-02059-MCS-SP
ADELANTO

**JUDGMENT**

///

Pursuant to the Court's Order Re: Report and Recommendation of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted. Respondents shall immediately release Petitioner Marlon Orellana Bolanos (A# 209-874-838) and return any confiscated property and documents to him upon his release.

**IT IS SO ORDERED.**

Dated: July 13, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

CC: Adelanto Detention Center via Email

2